**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| DEMOCRACTIC PARTY OF VIRGINIA AND DCCC,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>ROBERT H. BRINK, in his official capacity as the  )<br>Chairman of the Board of Elections, *et al.,*  )<br><br>Defendants,  )<br><br>v.  )<br><br>REPUBLICAN PARTY OF VIRGINIA,  )<br><br>Proposed Intervenor-Defendant  )<br>_____  ) | Civil Case No. 3:21-cv-00756-HEH |

**PROPOSED INTERVENOR-DEFENDANT THE REPUBLICAN PARTY OF**
**VIRGINIA's MOTION TO INTERVENE**

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, the Republican Party of

Virginia ("Proposed Intervenor-Defendant") respectfully moves to intervene in the above-

captioned proceeding as Defendant as a matter of right, or, in the alternative, by permission of

the Court. This motion is supported by the attached memorandum of law.

Counsel for Proposed Intervenor-Defendant has contacted counsel for the parties seeking their consent to this motion.  Plaintiffs oppose Proposed Intervenor-Defendant's intervention, and Defendant takes no position for or against Proposed Intervenor-Defendant's intervention.

Dated: January 12, 2022

Respectfully submitted,

By:/s/David A. Warrington
David A. Warrington (VSB No. 72293)
Dhillon Law Group Inc.
2000 Duke Street, Suite 300
Alexandria, VA 22314
T: 703.328.5369

Harmeet K. Dhillon*
Michael A. Columbo*
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
T: 415.433.1700
harmeet@dhillonlaw.com
mcolumbo@dhillonlaw.com
*Admission pro hac vice forthcoming

Counsel for Proposed Intervenor-Defendant
Republican Party of Virginia

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record in this action.

Dated: January 12, 2022

By:/s/David A. Warrington
David A. Warrington

3